UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEON ANTHONY ROMELL BAILEY,<br><br>　　　　Defendant. | No. CR 15-1017<br><br>ORDER DENYING REQUEST FOR NEW COUNSEL |

On the 21st day of October, 2015, this matter came on for hearing on the letter from Defendant dated 10-15-2015 (docket number 35) filed by Defendant on October 19, 2015. Defendant was present, together with attorney Raphael Scheetz. The government was excused from attending. In his letter, Defendant complains about the performance of Mr. Scheetz. The Court interprets the letter as a request for new counsel. For the reasons stated by the Court at the time of hearing, the Court finds the request should be denied.

### ORDER

**IT IS THEREFORE ORDERED** that the Defendant's request for new counsel (docket number 35) is **DENIED**.

DATED this 21st day of October, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA